# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00325-CV

### J. G., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### NO. C2021-0046C, THE HONORABLE DEBORAH WIGINGTON, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant J. G. filed his notice of appeal on June 1, 2022. The appellate record was complete on June 22, 2022, making appellant's brief due on July 12, 2022. On July 8, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order James B. Peplinski to file appellant's brief no later than August 1, 2022. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on July 15, 2022.

Before Justices Goodwin, Baker, and Kelly